IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JANNET E. BAXTER thru DENNIS : NO. 23-13186amc
BAXTER POA/NEXT FRIEND

## ORDER

AND NOW, upon consideration of Debtor's Motion to Appoint Next Friend Representative, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Motion to Appoint Next Friend is Granted, and Debtor's son, Dennis Baxter is hereby appointed Next Friend representative in these bankruptcy proceedings.

Date: November 30, 2023

BY THE COURT:

_____
BANKRUPTCY JUDGE