United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13186-amc |
| Jannet E. Baxter thru Dennis Baxter POA/ | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jannet E. Baxter thru Dennis Baxter POA/Next Frien, 3560 Fort Lincoln Drive NE, Washington, DC 20018-4312 |
| nof | + | Dennis Baxter, 3560 Fort Lincoln Drive NE, Washington, DC 20018-4312 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

**Name**            **Email Address**

DANIEL P. JONES
on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com

MARK A. CRONIN
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Jannet E. Baxter thru Dennis Baxter POA/Next Friend support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
on behalf of Creditor NATIONSTAR MORTGAGE LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :   CHAPTER 13

JANNET E. BAXTER thru DENNIS         :   NO. 23-13186amc
BAXTER POA/NEXT FRIEND

### ORDER

AND NOW, upon consideration of Debtor's Motion to Appoint Next Friend Representative, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Motion to Appoint Next Friend is Granted, and Debtor's son, Dennis Baxter is hereby appointed Next Friend representative in these bankruptcy proceedings.

BY THE COURT:

Date: November 30, 2023

_____
BANKRUPTCY JUDGE