UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jannet E. Baxter thru Dennis Baxter<br>    POA/Next Frien<br><br><br>                      Debtor | Chapter 13<br>Bankruptcy No.23-13186-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of February, 2024, by first class mail upon those listed below:

Jannet E. Baxter thru Dennis Baxter
POA/Next Frien
3560 Fort Lincoln Drive NE
Washington, DC  20018

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

                                          */s/ Kristen Gliem*
                                          Kristen Gliem
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee