| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13186-AMC**

Jannet E. Baxter thru Dennis Baxter POA/Next Frien
3560 Fort Lincoln Drive NE
Washington  DC    20018

Petition Filed Date: 10/24/2023
341 Hearing Date: 12/15/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/27/2023 | $300.00 | | 01/08/2024 | $300.00 | | 02/05/2024 | $300.00 | |
| 03/05/2024 | $300.00 | | 04/04/2024 | $300.00 | | 05/03/2024 | $300.00 | |
| 06/04/2024 | $300.00 | | 07/08/2024 | $300.00 | | | | |

**Total Receipts for the Period:  $2,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $24,788.29 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $37,122.17 | $0.00 | $0.00 |
| 3 | MEDSTAR HEALTH »» 003 | Unsecured Creditors | $2,133.78 | $0.00 | $0.00 |
| 4 | JEFFERSON HEALTH »» 004 | Unsecured Creditors | $10,228.78 | $0.00 | $0.00 |
| 5 | NEWREZ LLC D/B/A »» 005 | Mortgage Arrears | $105,118.90 | $0.00 | $0.00 |
| 6 | NAVY FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $16,168.58 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13186-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $270.00 | Total Plan Base: | $9,200.00 |
| Funds on Hand: | $2,430.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.