United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13186-amc |
| Jannet E. Baxter thru Dennis Baxter POA/ | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Sep 19, 2024      Form ID: 155      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jannet E. Baxter thru Dennis Baxter POA/Next Frien, 3560 Fort Lincoln Drive NE, Washington, DC 20018-4312 |
| 14827685 | + | Nationstar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14842027 | | Email/Text: BNCnotices@dcmservices.com | Sep 19 2024 23:58:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14849649 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 19 2024 23:58:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14849580 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 19 2024 23:58:00 | US Bank Trust National Association, Not In Its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14842026 | | Email/Text: BNCnotices@dcmservices.com | Sep 19 2024 23:58:00 | MedStar Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14824824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14824823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14843229 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC, Attn: BK Dept P.O. Box 619096, Dallas, TX 75261-9741 |
| 14827557 | ^ | MEBN | Sep 19 2024 23:55:34 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14834818 | ^ | MEBN | Sep 19 2024 23:55:43 | Nationstar Mortgage LLC, c/o STEVEN K. EISENBERG, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14824826 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14824825 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14835192 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14847194 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 19 2024 23:58:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 19, 2024 | Form ID: 155 | Total Noticed: 16

14824827  + Email/Text: support@ymalaw.com    Sep 19 2024 23:58:00    Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14845279 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

**Name**  **Email Address**

DANIEL P. JONES
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Jannet E. Baxter thru Dennis Baxter POA/Next Friend support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
on behalf of Creditor NATIONSTAR MORTGAGE LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jannet E. Baxter thru Dennis Baxter POA/Next Friend<br><br>Debtor(s). | Case No. 23−13186−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 18, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court