# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JANNET E. BAXTER THRU DENNIS BAXTER POA/NEXT FRIEND | CHAPTER13 |
| Debtor(s) | BANKRUPTCY NO. 23-13186AMC |

## ORDER

AND NOW, this        day of   Feb.   , 2025, upon consideration of the Motion to Approve Loan Modification filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor's Motion is GRANTED, and that Debtor's Motion for Approval of Mortgage Loan Modification is Approved with NewRez, LLC dba Shellpoint Mortgage Servicing as Servicer and authorized agent of US Bank National Association

**Date: February 14, 2025**

_____
J.